UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MICHAEL BRADFORD, PAT DAMIANI, JR.,
JOSEPH DELEONARDIS, JOHN DISPENSA,
ROBERT DIZZINE, FRANK DOLLBAUM, RICH
GILMORE, JOHN HILL, PHILLIP HUGGINS,
JAMES JOHANNEMANN, JOHN MARAIA, JOHN
A. MARAIA, ROBERT NIGRO, RAYMOND
PANTEL, RICHARD PARKER, TIMOTHY RILEY,
JEFF SEIDEL, CARL TALLARDY, ALLAN
THOMPSON, JR., JAMES SASS, JR. AND
SANFORD WHITMAN, AS TRUSTEES OF THE
IBEW LOCAL 363 PENSION, WELFARE,
ANNUITY AND J.A.T. FUNDS,

**RULE 7.1 STATEMENT**

08 CIV. 6716

                                    Plaintiffs,

        -against-

SPOOR & HAINES, INC.,

**JUDGE KARAS**

                                    Defendant.

------------------------------------------------------------------X

        Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9]
and to enable District Judges and Magistrate Judges of the Court to evaluate possible
disqualification or recusal, the undersigned counsel for plaintiffs certifies that the following are
corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

                                    None

Dated:    Melville, New York
          July 24, 2008

                                    MARTY GLENNON